MN-251

In Re:  CARLISLE, BRIAN F                                                      Bky Case No. 18-32498-KAC
        CARLISLE, ANGELIQUE                                                                          Chapter 7

        Debtors

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF REALTOR RECOMMENDATION AND ORDER

TO:  THE COURT:

1. Applicant is the trustee in this case.

2. Applicant applies for approval of employment of Jeffrey B. Larson of JBL Companies, CRES, Inc. as a realtor to do a market analysis for the following commercial property owned by an LLC entity owned by the debtors:

   - 9323 Garfield Ave. S., Bloomington., MN 55420
   - 9324 Harriet Ave. S., Bloomington, MN 55420
   - 9330 Harriet Ave. S., Bloomington, MN 55420

3. The terms and conditions of compensation and reimbursement of expenses are as follows: Four hundred dollars ($400.00) for the market analysis. The $400.00 will be paid by the trustee upon submission to the trustee of the market analysis.

4. Said professional has disclosed to the undersigned that they have the following connections with the debtors, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee: None.

    WHEREFORE, Applicant requests that the Bankruptcy Court approve such employment by the trustee.

Dated: December 21, 2018

                                            /e/ Patti J. Sullivan
                                            Patti J. Sullivan, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CARLISLE, BRIAN F
CARLISLE, ANGELIQUE

Bky Case No. 18-32498-KAC
Chapter 7

Debtors

---

### VERIFIED STATEMENT PURSUANT TO RULE 2014(a)

I, Jeffrey B. Larson of JBL Companies, CRES, Inc., the professional named in the application dated for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee except for the following: None.

JBL Companies, CRES, Inc.,

Dated: 12/21/18, 2018.

Jeffrey B. Larson
3440 Federal Drive, Suite 250
Eagan, MN 55122
(p) 651-686-0212

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  CARLISLE, BRIAN F                                                   Bky Case No. 18-32498-KAC
       CARLISLE, ANGELIQUE                                                                  Chapter 7

       Debtors

# DECLARATION REGARDING ELECTRONIC FILING AND UNSWORN CERTIFICATE OF SERVICE

     I, Susan M. Tschann, employed by Patti J. Sullivan, attorney licensed to practice law in this Court, with office address of 1595 Selby Ave., Suite 205, St. Paul, Minnesota, declare that on December 21, 2018, I caused the following documents:

<u>Application for Approval of Employment of Realtor, Verified Statement and Order</u>

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to the rules of ECF and this constitutes notice pursuant to Local Rule 9006-1(a).

     I further certify that on December 21, 2018, I mailed or e-mailed a copy of the foregoing documents to each entity named below at the address stated below for each entity:

Sarah.J.Wencil@usdoj.gov

     And, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on:  December 21, 2018

                                                                        /e/ Susan M. Tschann

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In Re: CARLISLE, BRIAN F  
CARLISLE, ANGELIQUE

Bky Case No. 18-32498-KAC  
Chapter 7

Debtors

**O R D E R**

The trustee's application to approve the employment of Jeffrey B. Larson of JBL Companies, CRES, Inc.., as the trustee's realtor came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: the employment is approved.

.

Dated:

Katherine A Constantine  
United States Bankruptcy Judge